IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Case No. 16-20093-JAR/JPO |
| v. | Related Cases: 15-20042-CM, 16-20033-CM, 16-20034-CM, & 16-20042-CM |
| GAVINO MENDOZA, | |
| Defendant. | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Commencing on or about March 1, 2015 and continuing to on or about August 31, 2016, the exact dates being approximate and unknown, in the District of Kansas, the defendant,

**GAVINO MENDOZA,**

and other co-conspirators known and unknown to the Grand Jury, knowingly and intentionally conspired together and with one another to distribute and possess with intent to distribute more than 50 grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii), which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count One.

This was all in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

### COUNT TWO

On or about August 12, 2015, in the District of Kansas, the defendant,

**GAVINO MENDOZA,**

knowingly and intentionally distributed more than 50 grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(a)(viii), and Title 18, United States Code, Section 2.

## **FORFEITURE ALLEGATION I**

As a result of committing one or more of the controlled substance offenses alleged in Counts One and Two of this Indictment, the defendant,

**GAVINO MENDOZA,**

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two of this Indictment, including but not limited to the following:

**MONEY JUDGMENT**

A sum of money equal to the amount of proceeds obtained as a result of the offenses, Count One: Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine; and Count Two: Distribution of More than 50 grams of Methamphetamine, of this Indictment, for which the defendant is jointly and severally liable.

This was all in violation of Title 21, United States Code, Sections 841(a)(1) and 853.

A TRUE BILL.

Dated:  October 26, 2016                              s/Foreperson_____
                                                                            FOREPERSON

s/Sheri Catania, # 17097_____
THOMAS E. BEALL
Acting United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
Thomas.beall@usdoj.gov
Ks. S. Ct. No. 19929

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

## PENALTIES:

**Counts 1 & 2: 21 U.S.C. §§ 846 & 841(a)(1) and (b)(1)(A)(viii); and 18 U.S.C. § 2**
**Conspiracy to Distribute Methamphetamine & Distribution of Methamphetamine**

- NLT 10 years NMT life imprisonment;
- NMT $10,000,000.00 fine;
- NLT 5 years supervised release;
- Forfeiture Allegation I; and
- $100.00 special assessment fee.

If the defendant has a prior conviction for a felony drug offense the penalties are:

- NLT 20 years NMT life imprisonment;
- NMT $20,000,000.00 fine;
- NLT 10 years supervised release;
- Forfeiture Allegation I; and
- $100.00 special assessment fee.

If the defendant has two or more prior convictions for felony drug offenses the penalties are:

- NLT life imprisonment;
- NMT $20,000,000.00 fine;
- Forfeiture Allegation I; and
- $100.00 special assessment fee.